NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3347

DARLENE COOLEY,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Lloyd Edward Tooks, of San Diego, California, argued for petitioner.

Meredyth Cohen Havasy, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel was Tara K. Hogan, Trial Attorney. Of counsel on the brief was Jerrold E. Rishe, United States Department of Homeland Security, of Los Angeles, California.

Appealed from: Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3347

DARLENE COOLEY,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        SF0752080127-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, FRIEDMAN, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED April 7, 2009                /s/ Jan Horbaly
                                            Jan Horbaly, Clerk